NUMBER
13-08-00318-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JOSE
REYNA DEL TORO,                                                           Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                          On
Appeal from the 139th District Court

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

 

                                      MEMORANDUM OPINION

 

          Before
Chief Justice Valdez and Justices Rodriguez and Vela 

                                 Memorandum
Opinion Per Curiam

 








This appeal was abated by this Court
on August 27, 2010, because the appellant’s brief had not been timely filed.  Appellant,
Jose Reyna del Toro, by and through his attorney, has filed a motion to dismiss
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).   

 

Without passing on the merits of the
case, we grant the motion to dismiss pursuant to Texas Rule of Appellate
Procedure 42.2(a) and dismiss the appeal.  Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 7th

day of October, 2010.